IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2** | Case No: 1:12-cv-8797 <br><br> Judge: Honorable Charles R. Norgle, Sr. |
| **Plaintiff,** | |
| v. | |
| **FRANK REYNOLDS, JR.; CITY OF CHICAGO DEPARTMENT OF WATER MANAGEMENT** | |
| **Defendants.** | |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE NUNC PRO TUNC

NOW COMES the Plaintiff, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2**, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure Nunc Pro Tunc 8/7/2013. In support thereof, Plaintiff states as follows:

1. On 11/2/2012 Plaintiff filed its Complaint to Foreclose Mortgage.

2. On 2/13/2013 Plaintiff filed its Motion for Summary Judgment requesting the Court enter a judgment of foreclosure in favor of Plaintiff.

3. On August 7, 2013 the Court granted summary judgment in favor of the Plaintiff, and entering a judgment of foreclosure in favor of Plaintiff.

4. However, a Judgment of Foreclosure was never entered.

5. Therefore, Plaintiff seeks a judgment of foreclosure nunc pro tunc August 7, 2013 so that Plaintiff may proceed with the sale of this foreclosed property.

WHEREFORE, Plaintiff respectfully requests that a Judgment of Foreclosure be entered in this case, with a nunc pro tunc date of August 7, 2013, so that the Plaintiff can move forward with the sale of this foreclosed property.

Respectfully submitted,

*/s/ Megan Christine Adams*
Megan Christine Adams ARDC#6312221
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
(312)263-0003